AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Marc Headley ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. CV 09-3986-DSF (MANx) |
| Church of Scientology International ) | |
| *Defendant* ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* August 5, 2010.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 8/21/2012

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### Central District of California
### BILL OF COSTS (LOCAL RULE 54-4)

MARC HEADLEY

        V.                              Case Number: CV-09-3986 DSF

CHURCH OF SCIENTOLOGY INTERNATIONAL, et al.

Judgment having been entered in the above entitled action on __August 5, 2010__ against __Marc Headley__
                                                           Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Filing fees: see L.R. 54-4.1 | $ 350.00 |
| Fees for service of process: see L.R. 54-4.2 | $398.95 ~~1,002.45~~ |
| United States Marshal's fees: see L.R. 54-4.3 | |
| Clerk's fees: see L.R. 54-4.4 | |
| Report's transcripts: see L.R. 54-4.5 | |
| Depositions: see L.R. 54-4.6 | 22,200.25 |
| Witness fees (itemize on page 2): see L.R. 54-4.7 | 252.66 |
| Interpreter's and translator's fees: see L.R. 54-4.8 | |
| Docket fees: see L.R. 54-4.9 | |
| Masters, commissioners and receivers: see L.R. 54-4.10 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 | 436.60 |
| Premiums on bonds and undertakings: see L.R. 54-4.12 | |
| Other Costs: see L.R. 54-4.13 | |
| State Court costs: see L.R. 54-4.14 | 390.00 |
| Costs on appeal: see L.R. 54-5 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 | |

Other (please itemize)

                                                                                          $~~24,028.46~~

                                                         TOTAL   $   ~~24,631.96~~

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** Attach to the bill of costs an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders and stipulations. All receipts must be self-explanatory.

---

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or,
☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: /s/

Name of Attorney: G. Samuel Cleaver

Costs are taxed in the amount of  $24,028.46

**TERRY NAFISI**
Clerk of Court                     By: _/s/ Lydia Yurtchuk_         9/9/10
                                          Deputy Clerk                             Date

JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DSF(MANx)

| | |
|---|---|
| MARC HEADLEY, | Case No.: CV 09-3986 (MANx) |
| Plaintiff, | |
| vs. | |
| CHURCH OF SCIENTOLOGY INTERNATIONAL, | JUDGMENT |
| Defendant. | |

Plaintiff voluntarily dismissed his first two causes of action with prejudice, and without objection. After considering the parties' briefing, evidence, and oral arguments, the Court granted Defendant's motion for summary judgment on Plaintiff's remaining claim under 18 U.S.C. § 1595. With the arguments having been presented and fully considered, the issues having been heard, and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that his claims be dismissed on their merits and with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

1
2   Dated: 8/5/10                     /s/ Dale S. Fischer
3                                     Dale S. Fischer
                                      United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28