IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-RJ-15
Other Court Case Number: CV 09-3986-DSF-MAN
USDC, Central District of California

MARC HEADLEY

**Plaintiff,**

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL

**Defendant.**

---

### SATISFACTION OF JUDGMENT

---

Judgment was rendered and Costs were awarded in favor of the above named defendant,

Church of Scientology International and against the above named plaintiff, Marc Headley in the

above-entitled action, on the 5th day of August, 2010, in the sum of $24,028.46 and the

defendant, Church of Scientology International acknowledges payment of said judgment, costs

and interest in full and desires to release this judgment and hereby fully and completely satisfy

the same.

DEN-33280-1

2

_____

Christopher J. Brady, #40267
HUSCH BLACKWELL LLP
1700 Lincoln Street, Suite 4700
Denver, Colorado  80203
Telephone:     303.749.7200
Facsimile:     303.749.7272
Email: chris.brady@huschblackwell.com
*Attorneys for Defendant and Judgment Creditor*

Subscribed and sworn to me by Christopher J. Brady above-named, this ___ of

December, 2012.

Given under by hand and notarial seal.

_____          _____

My commission expires:                          Notary Public